**EXHIBIT "1"**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jul 12 03:32:23 EDT 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# EARSPIRALS

| | |
|---|---|
| **Word Mark** | EARSPIRALS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry. FIRST USE: 19820930. FIRST USE IN COMMERCE: 19820930 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77175763 |
| **Filing Date** | May 8, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 22, 2008 |
| **Registration Number** | 3460488 |
| **Registration Date** | July 8, 2008 |
| **Owner** | (REGISTRANT) Harry Mason, Inc. CORPORATION CALIFORNIA 38 Bryant Street, Suite 2 San Francisco CALIFORNIA 94105 |
| | (LAST LISTED OWNER) STRONG, KATHRYN K. INDIVIDUAL UNITED STATES 26 LAGORIO COURT ALAMEDA CALIFORNIA 94502 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | I. Morley Drucker |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20181024. |
| **Renewal** | 1ST RENEWAL 20181024 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY