# EXHIBIT "2"

