**EXHIBIT "3"**

